## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 629 MAL 2023

Respondent                     :

                                :   Petition for Allowance of Appeal

                                :   from the Order of the Superior Court

v.                               :

                                :

ADRIAN ISIAH VILLANUEVA-PABON,   :

                                :

Petitioner                    :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 7th day of August, 2024, the Petition for Allowance of Appeal is **DENIED**.